**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ 07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**NEWARK VICINAGE**

IN RE:
TARA M SALERNO
ANTHONY G SALERNO

**Chapter 13 Case No.: 19-12743RG**

**HEARING DATE: 8/16/2023 at 10:00 am**

**ORAL ARGUMENT REQUESTED**

BRUCE H LEVITT
LEVITT & SLAFKES, P.C.
515 VALLEY STREET, SUITE 140
MAPLEWOOD, NJ 07040

TARA M SALERNO
ANTHONY G SALERNO
5 ANDERSON LANE
SPARTA, NJ 07871

## NOTICE OF MOTION TO DISMISS PETITION

Marie-Ann Greenberg, Chapter 13 Standing Trustee, has filed papers with the Court for an Order Dismissing this case.

**Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one, in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant the Order, or if you want the court to consider your views on the motion, then on or before seven (7) days before the scheduled hearing date of 08/16/2023, you or your attorney must:

File a **WRITTEN RESPONSE** in opposition to this motion explaining your position and send it to:

US Bankruptcy Court
Office of the Clerk
50 Walnut Street, Third Floor
Newark, NJ 07102
**and**
Marie-Ann Greenberg
Chapter 13 Standing Trustee
30 Two Bridges Road
Suite 330
Fairfield, NJ 07004-1550

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

The hearing is scheduled to be held on 08/16/2023 at 10:00 am in the courtroom of Honorable Judge ROSEMARY GAMBARDELLA, at US Bankruptcy Court, 50 Walnut Street, Third Floor, E, Newark, NJ 07102.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter the order granting relief.

Marie-Ann Greenberg, Esquire
Chapter 13 Standing Trustee

Dated: July 12, 2023

By: /S/Marie-Ann Greenberg
Marie-Ann Greenberg, Esquire

**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ 07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**NEWARK VICINAGE**

IN RE:

TARA M SALERNO
ANTHONY G SALERNO

**Chapter 13 Case No.: 19-12743RG**

**CERTIFICATION IN SUPPORT OF MOTION**

I, Jessica Antoine, being of full age certify that:

- I am a Paralegal for Marie-Ann Greenberg, Standing Trustee, and am familiar with the facts of this case.
- The debtor(s), as of the date of this certification are delinquent a total of 5,275.42.
- For the reasons set forth above, the Trustee recommends the case be dismissed.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willingly false, I am subject to punishment.

Dated: July 12, 2023

By: /S/ Jessica Antoine
Jessica Antoine